# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Anastacio Toribio-Ascencio | ) | Case No: | 7:05-CR-97-21FL |
| | ) | USM No: | 70053-056 |
| Date of Original Judgment: January 25, 2007 | ) | | |
| Date of Previous Amended Judgment: | ) | PRO SE | |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant has been released from custody.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 25, 2007, shall remain in effect. **IT IS SO ORDERED.**

Order Date: October 8, 2015

*Louise W. Flanagan* (signature)
Judge's signature

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan   U.S. District Judge
Printed name and title